JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARCHELL MYKEON WHITE,

                    Petitioner,

          vs.

D. PARAMO, Warden,

                    Respondent.

) Case No. CV 16-03531-ODW (KES)
)
)
)   **JUDGMENT**
)
)
)
)
)
)

Pursuant to the Memorandum And Order Dismissing Petition For Writ Of Habeas Corpus Without Prejudice,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.


DATED: May 27, 2016

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

1